IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **PENNMARK COVENTRY HOLDINGS,** | : | **CIVIL ACTION** |
| *Plaintiff*, | : | |
| | : | |
| **v.** | : | |
| | : | |
| **KOHL'S DEPARTMENT STORES,** | : | |
| *Defendant.* | : | No. 25-cv-1918 |

# ORDER

**AND NOW**, this **12th** day of **September 2025**, upon consideration of the docket, Defendant's Motion to Dismiss the Second Amended Complaint (ECF No. 14), Plaintiff's Memorandum of Law in Opposition (ECF No. 18), and Defendant's Reply to Response to the Motion to Dismiss (ECF No. 19), it is hereby **ORDERED** that the Motion (ECF No. 14) is **GRANTED IN PART** and **DENIED IN PART**. The claims are decided as follows:

1. Count I (Breach of Contract) will proceed to discovery.

2. Count II ("Tort Claims Related to Transfers of Inventory and Proceeds") is **DISMISSED** without prejudice.

3. Count III (Injunctive Relief) is **DISMISSED** with prejudice.

Defendant must file an answer to Plaintiff's complaint within fourteen (14) days, by **September 26, 2025**.

BY THE COURT:

*/s/ Chad F. Kenney*
_____
**CHAD F. KENNEY, JUDGE**