**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **PENNMARK COVENTRY HOLDINGS, LLC,** | : | **CIVIL ACTION** |
| *Plaintiff*, | : | |
| | : | |
| v. | : | |
| | : | |
| **KOHL'S DEPARTMENT STORES, INC.,** | : | |
| *Defendant.* | : | **No. 25-cv-1918** |

**ORDER**

**AND NOW**, this **18th** day of **June 2026**, upon consideration of Defendant Kohl's Department Stores Inc.'s Motion to Strike (ECF No. 51), Plaintiff Pennmark Coventry Holdings, LLC's Motion for Reconsideration of the Court's Order of June 9, 2026 (the "Plaintiff's Motion") (ECF No. 53), Defendant Kohl's Department Stores Inc.'s Opposition to Plaintiff's Motion for Reconsideration of the Court's June 9, 2026 Order (ECF No. 54), Plaintiff Pennmark Coventry Holdings, LLC's Reply in Further Support of Motion for Reconsideration of Order Dated June 9, 2026 (ECF No. 55), and the docket, it is hereby **ORDERED** that Plaintiff's Motion (ECF No. 53) is **DENIED** for the reasons stated in the accompanying memorandum opinion.

BY THE COURT:

/s/ Chad F. Kenney

CHAD F. KENNEY, JUDGE