**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **PENNMARK COVENTRY HOLDINGS, LLC,** | : | **CIVIL ACTION** |
| ***Plaintiff,*** | : | |
| | : | |
| **v.** | : | **No. 25-cv-1918** |
| | : | |
| **KOHL'S DEPARTMENT STORES, INC.,** | : | |
| ***Defendant.*** | : | |

**ORDER**

**AND NOW**, this **9th** day of **September 2026**, upon consideration of Defendant Kohl's Department Stores, Inc.'s *Daubert* Motion to Exclude the Expert Report and Rebuttal Report of Ron Santicola (the "Defendant's *Daubert* Motion") (ECF No. 59), Plaintiff Pennmark Coventry Holdings, LLC's Opposition to Defendant Kohl's Department Stores, Inc.'s *Daubert* Motion to Exclude the Expert Report and Rebuttal Report of Ron Santicola (ECF No. 62), Defendant Kohl's Department Stores, Inc.'s Reply in Further Support of Its *Daubert* Motion to Exclude the Expert Report and Rebuttal Report of Ron Santicola (ECF No. 64), and the docket, it is hereby **ORDERED** as follows:

1. Defendant's *Daubert* Motion (ECF No. 59) is **GRANTED**. Mr. Santicola's Expert Report and Rebuttal Report are **EXCLUDED**, and Mr. Santicola is **PRECLUDED** from testifying at the upcoming non-jury trial.

**BY THE COURT:**

**/s/ Chad F. Kenney**

**CHAD F. KENNEY, JUDGE**